IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01620-MSK-MJW

BRENDA A. OGDEN,

Plaintiff(s),

v.

PNC BANK, a National Association,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In response to this court's Minute Order of October 9, 2013 (Docket No. 26), defense counsel called the court and advised that he would be filing a new motion to dismiss, which was, in fact, filed on October 15, 2013 (Docket No. 27). It is thus hereby

ORDERED that the motion to dismiss filed on September 9, 2013 (Docket No. 19), is deemed withdrawn.

Date: October 23, 2013