IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01620-MSK-MJW

BRENDA A. OGDEN,

Plaintiff(s),

v.

PNC BANK, a National Association,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Stay (docket no. 33) is DENIED.  The mere fact that a decision by Judge Brown from the U.S. Bankruptcy Court for the District of Colorado sometime in the future concerning an adversary proceeding held on September 23, 2013, before Judge Brown **"... might have an effect on the outcome of this case"** [see paragraph 3 of subject motion docket no. 33] is an insufficient basis to grant a stay of this case.  Moreover, nothing prevents the parties from settling this case at any time.

Date: February 3, 2014