**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01620-MSK-MJW

BRENDA A. OGDEN,

    Plaintiff,

v.

PNC BANK, A NATIONAL ASSOCIATION,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation and Granting Motion to Dismiss [43] of Chief Judge Marcia S. Krieger entered on August 15, 2014 it is ORDERED that Plaintiff BRENDA A. OGDEN, recovers nothing, the action is dismissed on the merits.

FURTHER ORDERED that final judgment is hereby entered in favor of defendant, PNC Bank, a National Association and against Plaintiff, Brenda A. Ogden.

Dated at Denver, Colorado this 15th day of August, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                By: s/ Jennifer Hawkins
                                        Deputy Clerk